UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CRISTINA ABREU SUZUKI,

                            Plaintiffs,                                  <u>ORDER</u>

   -against-                                                         CV 08-4569 (TCP)(ETB)

STATE UNIVERSITY OF NEW YORK COLLEGE AT
OLD WESTBURY,

                            Defendants.
------------------------------------------------------------------------X

       The Court is in receipt of defendant's letter application, dated November 22, 2011, requesting an in-person status conference regarding an anticipated summary judgment motion that defendant seeks to file. Judge Platt referred the proposed motion to the undersigned on June 22, 2011.

       In light of the fact that no such motion has been filed with the Court yet and there are two pending motions for reconsideration by plaintiff of Judge Platt's June 22, 2011 Order, a conference at this point is premature.

       Accordingly, defendant's application is denied without prejudice to renewal once Judge Platt has determined the pending motions for reconsideration.

**SO ORDERED:**

Dated: Central Islip, New York
       November 30, 2011

                                                                     /s/ E. Thomas Boyle
                                                                     E. THOMAS BOYLE
                                                                     United States Magistrate Judge